

United States District Court
Eastern District of California

| JENNIFER BARNES |
| --- |

Plaintiff(s)

Case Number: | 2:26-CV-00859-DJC-DMC |

V.

| YATTA OUTSOURCED PROCESSING SOLU |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Nicholas S. Agnello

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Velocity Ventures Group, LLC d/b/a Infinity Enterprise Lending Systems, Inc.

On ____04/13/2026____ (date), I was admitted to practice and presently in good standing in the

____State of Florida____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____04/13/2026____         Signature of Applicant: /s/ __Nicholas S. Agnello__

**Pro Hac Vice Attorney**

Applicant's Name: Nicholas S. Agnello

Law Firm Name: Husch Blackwell LLP

Address: 1801 Pennsylvania Ave NW

Ste 1000

City: Washington          State: DC     Zip: 20006-3606

Phone Number w/Area Code: (202) 378-9334

City and State of Residence: Plantation, Florida

Primary E-mail Address: Nick.Agnello@huschblackwell.com

Secondary E-mail Address: pamela.winfree@huschblackwell.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Allison M. Scott

Law Firm Name: Husch Blackwell LLP

Address: 355 South Grand Avenue

Suite 2850

City: Los Angeles          State: CA     Zip: 90071-3100

Phone Number w/Area Code: (213) 337-6550          Bar # 305989

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 15, 2026          /s/ Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT