**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

JENNIFER BARNES,

    Plaintiff,

     v.

YATTA OUTSOURCED PROCESSING
SOLUTIONS, INC., ET AL.,

    Defendants.

Case No.:    2:26-cv-00859-DJC-DMC

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS YATTA OUTSOURCED PROCESSING SOLUTIONS, INC., AND AARON WALLIS BISHOP TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS**

Complaint served: March 25, 2026
Current response date: May 26, 2026
New response date: June 23, 2026

1

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS YATTA OUTSOURCED
PROCESSING SOLUTIONS, INC., AND AARON WALLIS BISHOP TO RESPOND TO INITIAL
COMPLAINT BY NO MORE THAN 28 DAYS

## ORDER

Having considered the Parties' Stipulation to Extend the Deadline for Defendants Yatta Outsourced Processing Solutions, Inc., and Aaron Wallis Bishop to Respond to Initial Complaint by No More Than 28 Days ("Stipulation"), and finding good cause to GRANT the Stipulation, the Court hereby orders as follows:

The Stipulation is **GRANTED**. The deadline for Defendants Yatta Outsourced Processing Solutions, Inc., and Aaron Wallis Bishop to move, answer, or otherwise plead in response to the Complaint is hereby extended by twenty-eight (28) days, up to and including **June 23, 2026**.

**IT IS SO ORDERED.**

Dated:  May 21, 2026                              /s/ Daniel J. Calabretta
                                                               THE HONORABLE DANIEL J. CALABRETTA
                                                               UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS YATTA OUTSOURCED PROCESSING SOLUTIONS, INC., AND AARON WALLIS BISHOP TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS