**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER BARNES,<br><br>    Plaintiff,<br><br>     v.<br><br>YATTA OUTSOURCED PROCESSING SOLUTIONS, INC., ET AL.,<br><br>    Defendants. | Case No.:    2:26-cv-00859-DJC-DMC<br><br>**ORDER GRANTING UNOPPOSED MOTION BY DEFENDANTS YATTA OUTSOURCED PROCESSING SOLUTIONS, INC., AND AARON WALLIS BISHOP FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY ADDITIONAL 34 DAYS**<br><br>Complaint served:  March 25, 2026<br>Current response date:  June 23, 2026<br>New response date:  July 27, 2026 |

1

ORDER GRANTING UNOPPOSED MOTION BY DEFENDANTS YATTA OUTSOURCED PROCESSING
SOLUTIONS, INC., AND AARON WALLIS BISHOP FOR EXTENSION OF TIME TO RESPOND TO
INITIAL COMPLAINT BY ADDITIONAL 34 DAYS

## **ORDER**

Having considered the Unopposed Motion for Extension of Time to Respond to Initial Complaint by Additional 34 Days, filed by Defendants Yatta Outsourced Processing Solutions, Inc., and Aaron Wallis Bishop, and finding good cause to GRANT the Motion, the Court hereby orders as follows:

The Motion is GRANTED. The deadline for Defendants Yatta Outsourced Processing Solutions, Inc., and Aaron Wallis Bishop to move, answer, or otherwise plead in response to the Complaint is hereby extended by thirty-four (34) days, up to and including July 27, 2026.

**IT IS SO ORDERED.**

Dated:  June 12, 2026                    /s/ Daniel J. Calabretta
_____
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

2

ORDER