**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER BARNES,<br><br>        Plaintiff,<br><br>        v.<br><br>YATTA OUTSOURCED PROCESSING SOLUTIONS, INC., ET AL.,<br><br>        Defendants. | Case No.:    2:26-cv-00859-DJC-DMC<br><br>**ORDER GRANTING UNOPPOSED MOTION BY SPECIALLY-APPEARING DEFENDANTS DENNIS RAMIREZ, SANDRA KNIGHT, HE-LO RAMIREZ, LIANNE BERTOLUCCI, JENNY ADKINS, JESSIE KAI, AND SUSIE CORTEZ FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY 60 DAYS**<br><br>Complaint served: March 25, 2026<br>Current response date: May 26, 2026<br>New response date: July 27, 2026 |

1

ORDER GRANTING UNOPPOSED MOTION BY SPECIALLY-APPEARING DEFENDANTS DENNIS RAMIREZ, SANDRA KNIGHT, HE-LO RAMIREZ, LIANNE BERTOLUCCI, JENNY ADKINS, JESSIE KAI, AND SUSIE CORTEZ FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY 60 DAYS

## ORDER

Having considered the Unopposed Motion by Specially-appearing Defendants Dennis Ramirez, Sandra Knight, He-Lo Ramirez, Lianne Bertolucci, Jenny Adkins, Jessie Kai, and Susie Cortez for Extension of Time to Respond to Initial Complaint by 60 Days, and finding good cause to GRANT the Motion, the Court hereby orders as follows:

The Motion is GRANTED. The deadline for Defendants Dennis Ramirez, Sandra Knight, He-Lo Ramirez, Lianne Bertolucci, Jenny Adkins, Jessie Kai, and Susie Cortez to move, answer, or otherwise plead in response to the Complaint is hereby extended by sixty (60) days, up to and including July 27, 2026.

**IT IS SO ORDERED.**

Dated:  June 12, 2026                               /s/ Daniel J. Calabretta
                                                    _____
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION BY SPECIALLY-APPEARING DEFENDANTS DENNIS RAMIREZ, SANDRA KNIGHT, HE-LO RAMIREZ, LIANNE BERTOLUCCI, JENNY ADKINS, JESSIE KAI, AND SUSIE CORTEZ FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY 60 DAYS