

## United States District Court
## Eastern District of California

Jennifer Barnes,

Plaintiff(s)

V.

Yatta Outsourced Proc. Sols., Inc., et al.,

Defendant(s)

Case Number:  2:26-cv-00859-DJC-DMC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

John G. Albanese _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Jennifer Barnes

On ____01/9/2014____ (date), I was admitted to practice and presently in good standing in the

____Minnesota Supreme Court____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:____06/25/2026____    Signature of Applicant: /s/ John G. Albanese

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: John G. Albanese

Law Firm Name: Berger Montague PC

Address: 1229 Tyler Street NE, Suite 205

City: Minneapolis    State: MN    Zip: 55413

Phone Number w/Area Code: (612) 594-5997

City and State of Residence: Minneapolis, MN

Primary E-mail Address: jalbanese@bergermontague.com

Secondary E-mail Address: courtmail@bergermontague.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Marika K. O'Connor Grant

Law Firm Name: Berger Montague PC

Address: 1229 Tyler Street NE, Suite 205

City: Minneapolis    State: MN    Zip: 55413

Phone Number w/Area Code: (612) 594-5999    Bar # 334469

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/25/2026

/s/ Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT