Marika K. O'Connor Grant (SBN 334469)
John G. Albanese, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470
moconnorgrant@bergermontague.com
jalbanese@bergermontague.com

Counsel for Plaintiff Barnes
[Additional Counsel on Sig. Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Barnes, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Yatta Outsourced Processing Solutions, Inc.; Aaron Wallis Bishop; Velocity Ventures Group, LLC d/b/a Infinity Enterprise Lending Systems, Inc.; Dennis Ramirez; Sandra Knight; He-Lo Ramirez; Lianne Bertolucci; Jenny Adkins; Jessie Kai; Susie Cortez; and John Does Nos. 1-40,<br><br>Defendants. | No. 2:26-cv-00859-DJC-DMC<br><br>**STIPULATED MOTION REGARDING FIRST AMENDED COMPLAINT AND RELATED BRIEFING DEADLINES**<br><br>The Honorable Daniel J. Calabretta<br><br>CLASS ACTION |

The Parties, by and through counsel, hereby stipulate to and jointly move as follows:

1. On March 12, 2026, Plaintiff Jennifer Barnes ("Plaintiff") filed her Class Action Complaint. (ECF No. 1.)

2. On May 29, 2026, Defendant Velocity Ventures Group, LLC d/b/a Infinity Enterprise Lending Systems, Inc. ("Velocity"), filed an Answer. (ECF No. 23.)

3. On July 27, 2026, Defendants Jenny Adkins, Lianne Bertolucci, Susie Cortez, Jessie Kai, Sandra Knight, Dennis Ramirez, He-Lo Ramirez, Aaron Wallis Bishop, and Yatta Outsourced Processing Solutions, Inc., filed a Motion to Compel Arbitration, (ECF No. 33); Defendants Bishop and Yatta Outsourced Processing Solutions, Inc., filed a Motion to Strike Class Allegations, (ECF No. 34); and Defendants Adkins, Bertolucci, Cortez, Kai, Knight, Dennis Ramirez, and He-Lo Ramirez filed a Motion to Dismiss, (ECF No. 35).

4. Under the Local Rules, Plaintiff has fourteen (14) days to respond to these motions.

5. Plaintiff has determined that she will amend her Complaint in response to these motions, but requires additional time to prepare the First Amended Complaint.

6. The Parties have agreed that Plaintiff shall file her First Amended Complaint on or before August 24, 2026, and all Defendants shall then have 49 days from the filing of the First Amended Complaint to respond and, should the responses be motions, then Plaintiff shall respond in turn to those motions within 35 days of the filings, and Defendants shall reply 35 days thereafter in further support of their motions.

7. No other deadlines have yet been set in this case and thus the requested extension does not affect any other scheduled dates.

STIPULATED TO AND DATED this 12th day of August, 2026.

By: */s/Marika K. O'Connor Grant*

Marika K. O'Connor Grant (SBN 334469)
John G. Albanese, pro hac vice
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

moconnorgrant@bergermontague.com
jalbanese@bergermontague.com

*Counsel for Plaintiff Jennifer Barnes*

By: */s/Elizabeth Holt Andres*

Elizabeth Holt Andres (SBN 263206)
TROUTMAN PEPPER LOCKE LLP
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
T. 415.477.5700
elizabeth.andrews@troutman.com

*Counsel for Defendants Yatta Outsourced Processing Solutions, Inc., Aaron Wallis Bishop, Dennis Ramirez, Sandra Knight, He-Lo Ramirez, Lianne Bertolucci, Jenny Adkins, Jessie Kai, and Susie Cortez*

By: */s/Allision M. Scott*

Allison M. Scott (SBN 305989)
HUSCH BLACKWELL LLP
355 South Grand Ave, Suite 2850
Los Angeles, CA 90071
T. 213-3556-2963
allison.scott@huschblackwell.com

*Counsel for Defendant Velocity Ventures Group, LLC dba Infinity Enterprise Lending Systems, Inc.*

CERTIFICATE OF SERVICE

I, Marika K. O'Connor Grant, hereby certify that on August 10, 2026, I caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED August 10, 2026.

*/s/Marika K. O'Connor Grant*
Marika K. O'Connor Grant (SBN 334469)
John G. Albanese, pro hac vice
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470
moconnorgrant@bergermontague.com
jalbanese@bergermontague.com

*Counsel for Plaintiff Jennifer Barnes*

**ORDER**

This matter came before the Court on the Parties' Stipulated Motion Regarding First Amended Complaint and Related Briefing Deadlines. The Court has considered the Stipulated Motion, and the Parties' motion is GRANTED, the Motions filed at ECF Nos. 33, 34, and 35 are determined to be MOOT and the hearing on the same is VACATED, and the deadlines are now as follows:

Plaintiff shall file her First Amended Complaint on or before August 24, 2026.

Defendants shall file their responses to the First Amended Complaint within 49 days thereafter.

Should Defendants' responses be motions, Plaintiff shall respond to those motions within 35 days of their filing.

Defendants shall then have 35 days from Plaintiff's responses to file any replies in support of their motions.

SO ORDERED.

Dated: August 12, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE